FILED
04 NOV 16 PM 2:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| TRENA YVETTE LIDGE, | ) |
| Plaintiff | ) |
| vs. | ) CASE NO. CV04-S-1049-M |
| OFFICERS CONNIE BRIGHT and CELINE FULLER, | ) |
| Defendants | ) |

**MEMORANDUM OF OPINION**

The magistrate judge filed a report and recommendation on September 13, 2004, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failing to state a claim for which relief can be granted under 28 U.S.C. § 1915A(b). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and hereby is ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed for failing to state a claim for which relief can be granted pursuant to 28 U.S.C. § 1915(A)(b). A Final Judgment will be entered.

DATED this 16th day of November, 2004.

_____
United States District Judge